# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

**FILED**

SEP 1 3 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| United States of America<br>v.<br>ROLAND MCKINNEY,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 4:19 MJ 386 DDN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____September 10, 2019____ in the county of ____St. Louis City____ in the ____Eastern____ District of ____Missouri____, the defendant(s) violated:

*Code Section* — *Offense Description*

21:841(a) — Possession with Intent to Distribute Controlled Substances

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Detective David Rudolph, SLMPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/13/2019

_____
*Judge's signature*

City and state: St. Louis, Missouri

Honorable David D. Noce, U.S. Magistrate Judge
*Printed name and title*